THE CITY OF NEW YORK, Respondent, *v.* ARTEMAS H. HOLMES, Appellant.

*City of New York* v. *Holmes,* 104 App. Div. 630, affirmed.
(Submitted March 22, 1906; decided April 6, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 1, 1905, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury and an order denying a motion for a new trial.

*Artemas H. Holmes* for appellant.

*John J. Delany,* Corporation Counsel (*Theodore Connoly* and *Royal E. T. Riggs* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.

---

GEORGE LEASK et al., as Executors of OLIVER W. BUCKINGHAM, Deceased, Respondents, *v.* J. HARVIE DEW, Appellant.

*Leask* v. *Dew,* 102 App. Div. 529, affirmed.
(Argued March 22, 1906; decided April 6, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 5, 1905, affirming a judgment in favor of plaintiffs entered upon the report of a referee.

*John M. Scribner* for appellant.

*T. S. Ormiston* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ..